ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 18 2012

CLERK, U.S. DISTRICT COURT
Such 10:30 am
_____
Deputy

## FACTUAL RESUME

### UNITED STATES OF AMERICA v. JAMES GALEN BROWN
### NO. 5:12-CR-072-C - LUBBOCK DIVISION - NORTHERN DISTRICT OF TEXAS

**INDICTMENT:**
TO BE ARRAIGNED ON COUNT ONE OF INDICTMENT 5:12-CR-072-C
Charging a violation of 18 U.S.C. § 2252A(a)(1), that is, Transportation of Child Pornography.

**MAXIMUM PENALTY:**
A term of imprisonment of not less than five years, nor more than twenty years, a fine of not more than $250,000.00, or both. A term of supervised release of up to life must follow any term of imprisonment. If Brown violates the conditions of supervised release, he could be imprisoned and subject to additional terms of supervised release and imprisonment as determined by the Court in accordance with law.

**MANDATORY SPECIAL ASSESSMENT:**
$100.00

**PLEA AGREEMENT:**
As set forth in the Plea Agreement letter attached hereto and incorporated herein.

**ELEMENTS OF THE OFFENSE:**

**18 U.S.C. § 2252A(a)(1). Transportation of Child Pornography:**

Defendant James Galen Brown:

1. On or about the date charged in the indictment;

2. knowingly transported, or attempted to transport;

3. child pornography, as defined in 18 U.S.C. § 2256(8)(A);

4. knowing the nature of the material; and

**James Galen Brown**
**Factual Resume - Page 1**

5. the transportation, or attempted transportation, of said image was through the use of a means or facility of interstate or foreign commerce.

A "minor" is any person under the age of eighteen years.

"Child Pornography," as defined in 18 U.S.C. § 2256(8)(A), means any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where:

> (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct;

> (B) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaging in sexually explicit conduct; or

> (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct.

"Sexually explicit conduct" means:

> (A) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex;

> (B) bestiality;

> (C) masturbation;

> (D) sadistic or masochistic abuse; or

> (E) lascivious exhibition of the genitals or pubic area of any person.

**James Galen Brown**
**Factual Resume - Page 2**

FACTS:          While living in Lubbock County, Texas, in the Northern District of Texas, James Galen Brown used his telephone, and its texting functions, to intentionally and knowingly send and receive various images and videos constituting child pornography.

On June 1, 2012, Homeland Security Investigations Special Agents conducted an interview of Brown, after they had received information that the telephone number assigned to Brown had received text messages with attachments of child pornography. Brown admitted that he was the person using the phone number in question, and that he used his cell phone to possess, distribute, and receive child pornography. Brown used the cell phone to communicate with other individuals who shared an interest in sexually explicit images and videos of minors, and he used the cell phone to trade that material with those persons. After locating these persons in Internet chat rooms, Brown exchanged phone numbers with them, and then traded the child pornography images and videos by attaching them to text messages.

On May 16, 2012, in the Lubbock Division of the Northern District of Texas, Brown knowingly transported child pornography by using his cell phone to send two digital video files to another person. The files, entitled "0046.3gp" and "0047.3gp," each depicts a female child under the age of eighteen (18) years engaging in sexually explicit conduct, specifically: oral-genital sexual intercourse and lascivious exhibition of the genitals and pubic area of the child.

The above facts are true and correct:

X _____          _____9|26|2012_____
JAMES GALEN BROWN                              Date
Defendant

_____          _____9|26|2012_____
DAVID SLOAN                                    Date
Attorney for Defendant

**James Galen Brown**
**Factual Resume - Page 3**